# IN THE UNITED STATES COURT OF APPEALS
# FOR THE NINTH CIRCUIT

| | |
|---|---|
| JAMES MILLER, *et al.*, | |
| *Plaintiffs-Appellees*, | |
| v. | No. 23-2979 |
| ROB BONTA, in his official capacity as Attorney General of the State of California, *et al.*, | (3:19-cv-01537-BEN-JLB) |
| *Defendants-Appellants.* | |

### PLAINTIFFS-APPELLEES' UNOPPOSED MOTION
### TO APPEAR REMOTELY FOR ORAL ARGUMENT

Plaintiffs-Appellees respectfully request permission for their counsel, Peter A. Patterson, to appear and argue remotely via video. This appeal is currently scheduled for argument on Friday, December 8, 2023, at 9:00 A.M. Pacific Time in Portland, Oregon. The Court expects attorneys to appear in-person for oral arguments beginning in January 2024. *See* U.S. Court of Appeals for the Ninth Circuit, *Announcement* (Sept. 12, 2023), https://tinyurl.com/yuve9kk3. Thus, this motion is consistent with the Court's plan to return to an expectation of in-person argument at the beginning of next year.

Good cause also exists to grant the motion because appearing in-person in this case would pose a hardship. Appellees' counsel lives in Cincinnati, Ohio. On top of

1

many work obligations, counsel has a long-planned family trip scheduled to begin on Saturday, December 9, 2023. Were this Court to require counsel to argue in-person in Portland, he would need to leave Cincinnati at the latest on Thursday, December 7, and attempt to fly back through three time zones after argument concludes in Portland on Friday, December 8. Such travel requirements before a long-planned family trip impose a hardship on Appellees' counsel and his family.

The speed with which this appeal has progressed further explains why Appellees' counsel could not have planned his family trip around oral argument. This appeal was opened on October 23, 2023. This Court sua sponte expedited the appeal on October 28, 2023, and issued the notice of oral argument on October 31, 2023. All of these developments occurred after Appellees' counsel had already planned his family trip.

Plaintiffs-Appellees conferred with counsel for Defendants-Appellants, who do not oppose the request and provided the following response: "The Attorney General has no objection to the request to appear remotely for argument, provided that it does not prejudice Appellants' counsel's ability to appear in person at the December 8 argument."

For all these reasons, Appellees respectfully request that the Court grant the motion and allow their counsel to appear and argue remotely via video.

Dated: November 7, 2023　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　<u>s/ Peter A. Patterson</u>
　　　　　　　　　　　　　　　　　　David H. Thompson
　　　　　　　　　　　　　　　　　　Peter A. Patterson
　　　　　　　　　　　　　　　　　　Clark L. Hildabrand
　　　　　　　　　　　　　　　　　　COOPER & KIRK, PLLC
　　　　　　　　　　　　　　　　　　1523 New Hampshire Avenue, N.W.
　　　　　　　　　　　　　　　　　　Washington, D.C. 20036
　　　　　　　　　　　　　　　　　　(202) 220-9600
　　　　　　　　　　　　　　　　　　ppatterson@cooperkirk.com

　　　　　　　　　　　　　　　　　　*Counsel for Plaintiffs-Appellees*

## CERTIFICATE OF COMPLIANCE

I hereby certify that this motion complies with the type-volume limitations of FED. R. APP. P. 27(d)(2)(A) and Circuit Rule 27-1 because this motion contains 331 words, excluding the parts of the motion exempted by FED. R. APP. P. 32(f).

This motion complies with the typeface requirements of FED. R. APP. P. 32(a)(5) and the typestyle requirements of FED. R. APP. P. 32(a)(6) because this motion has been prepared in a proportionately spaced typeface using Microsoft Word in 14-point Times New Roman font.

Dated: November 7, 2023                          s/ Peter A. Patterson

*Counsel for Plaintiffs-Appellees*

## CERTIFICATE OF SERVICE

I hereby certify that I electronically filed the foregoing with the Clerk of Court for the United States Court of Appeals for the Ninth Circuit by using the appellate CM/ECF system on November 7, 2023. I certify that all participants in the case are registered CM/ECF users and that service will be accomplished by the appellate CM/ECF system.

Dated: November 7, 2023                                    s/ Peter A. Patterson

*Counsel for Plaintiffs-Appellees*