WILLIAM J. OLSON, P.C.
ATTORNEYS AT LAW
370 MAPLE AVENUE WEST, SUITE 4
VIENNA, VIRGINIA 22180-5615

WILLIAM J. OLSON
(VA, D.C.)

ROBERT J. OLSOB
(VA, D.C.)

JEREMIAH L. MORGAN
(D.C., CA ONLY)
—————————
HERBERT W. TITUS
(1937-2021)

TELEPHONE (703) 356-5070
FAX (703) 356-5085
E-MAIL: wjo@mindspring.com
http://www.lawandfreedom.com

114 CREEKSIDE LANE
WINCHESTER, VA  22602-2429
TELEPHONE (540) 450-8777
FAX (540) 450-8771

January 3, 2024
Via ACMS filing

Ms. Molly C.Dwyer
Clerk of the Court
U.S. Court of Appeals for the Ninth Circuit
P.O. Box 193939
San Francisco, CA  94119-3939

      Re:   Miller v. Bonta, 23-2979:
            Virginia Citizens Defense League Letter Joining Amicus Brief

Dear Ms. Dwyer:

      Pursuant to the Ninth Circuit Advisory Committee Note to Ninth Circuit Rule 29-1, Virginia Citizens Defense League hereby joins in the arguments set forth in the *amicus curiae* brief filed in the above-referenced action by *Amici Curiae* Gun Owners of America, Inc., *et al.* submitted on December 29, 2023 and accepted by this Court on January 3, 2024.

           Respectfully submitted,

           */s/ Jeremiah L. Morgan*
           Jeremiah L. Morgan
           Counsel for *Amici Curiae* Virginia
           Citizens Defense League

**CERTIFICATE OF SERVICE**

IT IS HEREBY CERTIFIED that service of the foregoing Virginia

Citizens Defense League Letter Joining Amicus Brief, was made, this 3rd day of

January 2024, by the Court's Appellate Case Management System upon the

attorneys for the parties.

> _/s/Jeremiah L. Morgan_
> Jeremiah L. Morgan
> Attorney for _Amici Curiae_