| | | |
|---|---|---|
| UNITED STATES COURT OF APPEALS | | **FILED** |
| FOR THE NINTH CIRCUIT | | JAN 26 2024 |
| | | MOLLY C. DWYER, CLERK<br>U.S. COURT OF APPEALS |

JAMES MILLER, et al.,

    Plaintiffs - Appellees,

 v.

ROB BONTA, in his official capacity, et al.,

    Defendants - Appellants.

------------------------------------------

EVERYTOWN FOR GUN SAFETY, et al.,

    Amici Curiae.

No. 23-2979

D.C. No. 3:19-cv-01537-BEN-JLB
Southern District of California,
San Diego

ORDER

Before: BERZON, NGUYEN, and MILLER, Circuit Judges.

This case shall be held in abeyance and submission is withdrawn pending resolution of *Duncan v. Bonta*, No. 23-55805. The stay entered on October 28, 2023 (docket entry no. 13) shall remain in effect pending further order of the court. *See Duncan v. Bonta*, 83 F.4th 803 (9th Cir. 2023) (en banc).