| | | FILED |
|---|---|---|
| UNITED STATES COURT OF APPEALS | | |
| FOR THE NINTH CIRCUIT | | MAR 24 2025 |
| | | MOLLY C. DWYER, CLERK |
| | | U.S. COURT OF APPEALS |

JAMES MILLER; et al.,

    Plaintiffs - Appellees,

 v.

ROB BONTA, in his official capacity as the Attorney General of the State of California; et al.,

    Defendants - Appellants.

No. 23-2979

D.C. No. 3:19-cv-01537-BEN-JLB
Southern District of California, San Diego

ORDER

Before: BERZON, NGUYEN, and MILLER, Circuit Judges.

The parties are directed to submit supplemental briefs of no more than 2,800 words addressing the impact on this case, if any, of *Duncan v. Bonta*, No. 23-55805, 2025 WL 867583 (9th Cir. Mar. 20, 2025) (en banc). The parties shall submit their briefs within 30 days of the date of this order. Upon the filing of both briefs, this case shall be resubmitted for decision.