| | |
|---|---|
| UNITED STATES COURT OF APPEALS | **FILED** |
| FOR THE NINTH CIRCUIT | APR 24 2025 |
| | MOLLY C. DWYER, CLERK |
| | U.S. COURT OF APPEALS |

JAMES MILLER; et al.,

    Plaintiffs - Appellees,

 v.

ROB BONTA, in their official capacity and ALLISON MENDOZA, In their official capacity,

    Defendants - Appellants.

No. 23-2979

D.C. No. 3:19-cv-01537-BEN-JLB
Southern District of California, San Diego

ORDER

The supplemental brief submitted by Appellees is filed.

Within 7 days of this order, Appellees must file 6 copies of the brief in paper format bound with tan front cover pages. Each copy must include certification at the end that the copy is identical to the electronic version. The Form 18 certificate is available on the Court's website, at http://www.ca9.uscourts.gov/forms.

The paper copies must be sent to the Clerk's principal office. The delivery and overnight mailing address is 95 Seventh Street, San Francisco, CA 94103. The regular U.S. mailing address is P.O. Box 193939, San Francisco, CA 94119-3939.

                FOR THE COURT:

                MOLLY C. DWYER
                CLERK OF COURT