# Cooper & Kirk

### Lawyers
#### A Professional Limited Liability Company

David H. Thompson                1523 New Hampshire Avenue, N.W.              (202) 220-9600
dthompson@cooperkirk.com            Washington, D.C.  20036              Fax (202) 220-9601

June 20, 2025

**VIA ACMS**

Molly C. Dwyer, Clerk of Court
United States Court of Appeals
  for the Ninth Circuit
James R. Browning Courthouse
95 7th Street
San Francisco, CA  94103

    RE: *Miller v. Bonta*, No. 23-2979

Dear Ms. Dwyer:

    I write to bring to the Court's attention the Supreme Court's recent decision in *Smith & Wesson Brands, Inc. v. Estados Unidos Mexicanos*, 145 S. Ct. 1556 (2025).

    In *Smith & Wesson*, the Supreme Court rejected Mexico's argument that firearms manufacturers aided and abetted unlawful sales of firearms to Mexican traffickers by making the "design and marketing decisions" to manufacture " 'military style' assault weapons, … includ[ing] AR-15 rifles, AK-47 rifles, and .50 caliber sniper rifles." *Id.* at 1569. The Supreme Court unanimously held that this argument failed because "those products are both widely legal and bought by many ordinary consumers. (The AR-15 is the most popular rifle in the country.)" *Id.* Because these statements were "necessary to the result" of *Smith & Wesson*, they are not mere dicta but rather binding authority. *Seminole Tribe of Fla. v. Florida*, 517 U.S. 44, 59 (1996).

    As Plaintiffs have explained, the Supreme Court has previously concluded "that arms 'in common use' are categorically protected and cannot be banned" consistent with the Second Amendment. Appellees' Suppl. Br. at 8, Doc. 69.1 (Apr. 23, 2025). Given that legal principle, the Supreme Court's binding conclusion that

# Cooper & Kirk
### Lawyers

Molly C. Dwyer, Clerk
June 20, 2025
Page 2 of 2

AR-15s, AK-47s, and .50 caliber sniper rifles are "bought by many ordinary consumers" and that the AR-15 specifically is the most popular rifle in America make clear that they (and the other similar arms with which California groups them) are categorically "common" and cannot be banned. *Smith & Wesson*, 145 S. Ct. at 1569.

Sincerely,

| | |
|---|---|
| John William Dillon | /s/ David H. Thompson |
| DILLON LAW GROUP, APC | David H. Thompson |
| 2647 Gateway Road | Peter A. Patterson |
| Suite 105, No. 255 | Clark L. Hildabrand |
| Carlsbad, CA 92009 | COOPER & KIRK, PLLC |
| rcardozo@reedsmith.com | 1523 New Hampshire Ave., NW |
| | Washington, D.C. 20036 |
| George M. Lee | (202) 220-9600 |
| SEILER EPSTEIN LLP | dthompson@cooperkirk.com |
| dthompson@cooperkirk.com | |
| 4 Embarcadero Center | |
| 14th Floor | |
| San Francisco, CA 94111 | |
| (415) 979-0500 | |
| gml@sezalaw.com | |

*Counsel for Plaintiffs-Appellees*

cc: All counsel of record via ACMS