UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**



JUL 1 2026

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| JAMES MILLER, et al.,<br><br>  Plaintiffs - Appellees,<br><br> v.<br><br>ROB BONTA, in his official capacity, et al.,<br><br>  Defendants - Appellants.<br><br>-----------------------------------------<br><br>EVERYTOWN FOR GUN SAFETY, et al.,<br><br>  Amici Curiae. | No. 23-2979<br><br>D.C. No.<br>3:19-cv-01537-BEN-JLB<br>Southern District of California,<br>San Diego<br><br>ORDER |

Before: BERZON, NGUYEN, and MILLER, Circuit Judges.

Submission of this case is vacated pending the Supreme Court's resolution of *Viramontes v. Cook County*, No. 24-1437 (7th Cir. June 2, 2025), *cert. granted*, No. 25-238 (U.S. June 30, 2026), and *National Ass'n for Gun Rights v. Lamont*, 153 F.4th 213 (2d Cir. 2025), *cert. granted sub nom. Grant v. Higgins*, No. 25-566 (U.S. June 30, 2026).